and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 86–67.   RATH PACKING COMPANY CREDITORS' TRUST *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 8th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 86–268.   SCHOLES *v.* ALLRED ET AL.   Ct. App. Cal., 1st App. Dist.   Petition for writ of certiorari and/or prohibition denied.

No. 86–272.   MEDICAL INC. *v.* REGENTS OF THE UNIVERSITY OF MINNESOTA.   Ct. App. Minn.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–5098.   JACKSON *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

JUSTICE WHITE, dissenting.

In *Chimel* v. *California*, 395 U. S. 752 (1969), the Court held that the valid arrest of a person in a residence does not give the police an automatic right to search the remainder of the house without a warrant.   Some Courts of Appeals permit a warrantless "protective sweep" of the remainder of the premises if the arresting officers reasonably believe that there are other persons on the premises who could pose a danger to the officers' safety.   See *United States* v. *Hatcher*, 680 F. 2d 438, 444 (CA6 1982); *United States* v. *Kolodziej*, 706 F. 2d 590, 596–597 (CA5 1983).   Other Courts of Appeals, including the Court of Appeals for the Second Circuit in this case, permit protective sweeps if there is a likelihood that another person may be on the premises who may destroy evidence.   See also *United States* v. *Vasquez*, 638 F. 2d 507 (CA2 1980), cert. denied, 454 U. S. 975 (1981).   Almost all of the Courts of Appeals have struggled to define the circumstances under which such searches are permissible.   See *United States* v. *Gardner*, 627 F. 2d 906, 910, n. 3 (CA9 1980).

The Court of Appeals for the Second Circuit in this case expressly recognized that its approach, allowing a protective sweep when the police only suspect that another person on the premises